

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2016

**BY ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Michael Rodriguez</u>,
             15 Cr. 756 (PAC)

Dear Judge Crotty:

      The Government respectfully submits this letter regarding the defendant's request for a non-jury trial, which was first raised at the September 13, 2016 final pre-trial conference. Under Federal Rule of Criminal Procedure 23, a trial must be by jury unless: (1) the defendant waives a jury trial in writing; (2) the Government consents; and (3) the Court approves. The Government writes to advise the Court that it does not consent to a non-jury trial.

                                          Respectfully submitted,

                                          PREET BHARARA
                                          United States Attorney

                                        By:   /s/
                                          Jordan Estes/Amanda L. Houle
                                          Timothy T. Howard
                                          Assistant United States Attorneys
                                          (212) 637-2543/2194/2308

cc: Michael Handwerker, Esq. (via ECF)